| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND |
|---|---|

### CIVIL MINUTES -- GENERAL

Case No.  **CV 12-1144-JFW (RZx)**                                          Date: May 21, 2012

Title:        Beazley Insurance Company, Inc. -v- Nile Niami, et al.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**        ORDER RE: WAIVER OF ARBITRATION

   On April 27, 2012, the Court issued an Order Requiring Defendants to File Motion to Compel Arbitration, stating: "[I]f Defendants wish to compel arbitration, Defendants shall file a motion on or before May 14, 2012." In light of Defendants' failure to file a motion to compel arbitration on or before May 14, 2012, the Court concludes that Defendants have waived any right to compel arbitration.


   IT IS SO ORDERED.