UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

### CIVIL MINUTES -- GENERAL

Case No.   **CV 12-1144-JFW (RZx)**                                                Date:  May 21, 2012

Title:   Beazley Insurance Company, Inc. -v- Nile Niami, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　None　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER RE: WAIVER OF ARBITRATION**

　　　On April 27, 2012, the Court issued an Order Requiring Defendants to File Motion to Compel Arbitration, stating:  "[I]f Defendants wish to compel arbitration, Defendants shall file a motion on or before May 14, 2012."  In light of Defendants' failure to file a motion to compel arbitration on or before May 14, 2012, the Court concludes that Defendants have waived any right to compel arbitration.

　　　IT IS SO ORDERED.