Kevin F. Kieffer (SBN 192193)
kevin.kieffer@troutman.com
James A. Hazlehurst (SBN 257711)
James.hazlehurst@troutman.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Plaintiff
Beazley Insurance Company, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NILE NIAMI, and YVONNE NIAMI, <br><br> Defendants. | Case No.: 2:12-cv-01144-R-RZ <br><br> Hon. Manuel L. Real <br> Courtroom No.: 880 <br><br> **JUDGMENT** <br><br> Date: December 17, 2018 <br> Time: 10:00 a.m. <br> Ctrm: 880 <br><br> Complaint Filed: February 9, 2012 <br> Trial Date: None |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

1  Having carefully considered Beazley Insurance Company, Inc's ("Beazley") motion for entry of final judgment, as well as all documents filed in support of and in opposition to that Motion, the Court finds that Beazley is entitled to entry of final judgment in its favor and against Defendant Nile Niami ("Niami").

Therefore, IT IS HEREBY ORDERED that Beazley's motion for entry of final judgment is GRANTED. The Court hereby DECLARES that:

1. The Court previously granted partial summary judgment in Beazley's favor on Beazley's claim for a judicial declaration that Niami had a duty to defend Beazley's insured, McClean Design, Inc. ("McClean"), in connection with the underlying *Samatas* action. [Docket Nos. 43 and 44.]

2. In the Court's ruling on Beazley motion for partial summary judgment, the Court concluded that Niami was liable for and Beazley was entitled to the $166,634.82 in costs paid by Beazley to defend McClean in the *Samatas* action. [Docket Nos. 43 and 44.]

3. Beazley's remaining claim for a declaration that Niami had a duty to indemnify McClean in the *Samatas* action is moot because the jury in the *Samatas* action found McClean not liable and all appeals have been exhausted.

4. The Court's ruling on Beazley's partial summary judgment motion fully resolves all claims in this action. [Docket Nos. 43 and 44.]

5. Judgment is therefore entered in Beazley's favor and against Niami in the amount of $166,634.82.

6. Beazley is entitled to recover costs of suit herein.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
Honorable Manuel L. Real
Unites States District Judge